UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DATAMOTION TEXAS LLC,

    Plaintiff,

  vs.

HEWLETT-PACKARD COMPANY et al.,

    Defendants.

Case No. 3:16-cv-00928-WHA

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiff DataMotion Texas LLC ("DataMotion") and Defendants and Counter-Plaintiffs Hewlett-Packard Company and Voltage Security, LLC ("HP") announced to the Court that they have resolved DataMotion's claims for relief against HP asserted in the case and HP's claims, defenses and/or counterclaims for relief against DataMotion asserted in this case. DataMotion and HP have therefore requested that the Court dismiss DataMotion's claims for relief against HP with prejudice and HP's claims, defenses and/or counterclaims for relief against DataMotion without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that DataMotion's claims for relief against HP are dismissed with prejudice and HP's claims, defenses and/or counterclaims for relief against DataMotion are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: March 21, 2016.

_____
United States District Judge
Northern District of California

- 1 -    Case No. 3:16-cv-00928-WHA